UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT AMBERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No.15-cv-04100-NC<br><br>**NOTICE OF DEFICIENCY** |

The Court has not received plaintiffs' opposition to the defendant's motion to dismiss or a statement that no opposition will be filed. The opposition was due September 30, 2015. Plaintiffs must respond by October 19, 2015. Defendant may reply by October 26, 2015.

**IT IS SO ORDERED.**

Dated: October 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.15-cv-04100-NC