UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT AMBERS, et al., <br>     Plaintiffs, <br>     v. <br> WELLS FARGO BANK, N.A., et al., <br>     Defendants. | Case No.15-cv-04100-NC <br><br> **ORDER TO SHOW CAUSE RE: SERVICE** |

Defendants HS Funding Group and Cal Western Reconveyance Corp. have not yet appeared in this action. Brent and Judith Ambers filed suit in state court on March 18, 2015. "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specific time." Fed. R. Civ. P. 4(m). The Ambers must provide proof of service of defendants HS Funding Group and Cal Western Reconveyance Corp. by November 30, 2015.

For additional guidance, the Legal Help Center provides free information and limited-scope legal advice to pro se litigants in federal civil cases in Oakland and San Francisco. Help is provided by appointment only. There are two ways to schedule an appointment and only one appointment may be scheduled at a time:

(1) Sign up in the appointment book located on the table outside the door of the Legal Help Center in San Francisco or Oakland federal courthouses; or

Case No.15-cv-04100-NC

1    (2) Call (415) 782-8982 or email federalprobonoproject@sfbar.org.

3    **IT IS SO ORDERED.**

5    Dated:  November 16, 2015                    _____
                                                                NATHANAEL M. COUSINS
                                                                United States Magistrate Judge