UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT AMBERS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case No.15-cv-04100-NC<br><br>**ORDER TO SHOW CAUSE** |

The Court previously ordered the Ambers to submit proof of service of defendants HS Funding Group and Cal Western Reconveyance Corp. by November 30, 2015. No proof of service has been filed. On November 30, 2015, the Court received ex parte communication from plaintiffs. The Court will not consider communications without notice to the opposing parties. Additionally, the parties should not request a Court order unless it is properly filed and noticed on the case docket. The Ambers must file proof of service of defendants by December 4, 2015. No extensions will be granted. If the Ambers fail to demonstrate that defendants have been served, those defendants will be dismissed from the case.

**IT IS SO ORDERED.**

Dated: December 1, 2015

                        NATHANAEL M. COUSINS
                        United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT AMBERS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-04100-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brent Ambers
Judith Ambers
c/o Aegis Mailing, Facsimile and Copy Services
2287 Washington Avenue
San Leandro, CA 94577-5917

Dated: December 1, 2015

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Lili Harrell, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable NATHANAEL M. COUSINS